# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | 2:19-cv-07384-ODW (PLAx) | Date | October 10, 2019 |
|---|---|---|---|
| Title | *Sona Korkotyan v. FCA US LLC et al.* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**

On October 8, 2019, Plaintiff filed a Notice of Request to Cross Examine, pursuant to Local Rule 7-8. (ECF No. 12.) Defendant objected to Plaintiff's Request and Plaintiff responded to Defendant's Objections. (Objs., ECF No. 13; Resp., ECF No. 14.) After considering the papers filed in connection with Plaintiff's Request, Plaintiff's Request is **DENIED**. (ECF No. 12.)

On September 23, 2019, Plaintiff moved to remand this matter and noticed the motion hearing for October 21, 2019, at 1:30 p.m. (ECF No. 8.) Thus, Defendant's opposition was due no later than September 30, 2019. *See* C.D. Cal. L.R. 7-9 (requiring oppositions to be filed no later than twenty-one days before the motion hearing). However, Defendant filed its opposition late, on October 4, 2019. (ECF No. 10.) Construing Defendant's Declaration of Richard L. Stuhlbarg as a request to extend time pursuant to Federal Rule of Civil Procedure 6, the Court does not find good cause or excusable neglect. Accordingly, the Court **STRIKES** Defendant's opposition as untimely. (ECF No. 10.)

The motion to remand, scheduled for October 21, 2019, at 1:30 p.m., is hereby **VACATED** and taken off calendar. (ECF No. 8.) No appearances are necessary. The matter stands submitted and will be decided upon without oral argument.

**IT IS SO ORDERED.**

| | : | 00 |
|---|---|---|
| | Initials of Preparer | SE |