UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:19-cv-07384-ODW (PLAx) | Date | October 15, 2019 |
|---|---|---|---|
| Title | *Sona Korkotyan v. FCA US LLC et al.* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**

On September 23, 2019, Plaintiff Sona Korkotyan moved to remand this matter to the Superior Court of California. (Mot. to Remand, ECF No. 8.[1]) Plaintiff noticed the hearing on the motion for October 21, 2019; accordingly, Defendant FCA US LLC's opposition was due no later than September 30, 2019. *See* C.D. Cal. L.R. 7-9 (requiring oppositions to be filed no later than twenty-one days before the motion hearing). However, Defendant filed its opposition late, on October 4, 2019. (ECF No. 10.)

Central District of California Local Rule 7-12 provides that the Court "may decline to consider any memorandum or other document not filed within the deadline set by order or local rule." C.D. Cal. L.R. 7-12 ("The failure to file [a responsive document], or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion. . . ."); *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995) (affirming dismissal on the basis of unopposed motion pursuant to local rule). On October 10, 2019, the Court found Defendant had not shown good cause or excusable neglect such as would warrant extending Defendant's opposition deadline. (Minute Order, ECF No. 15.) Accordingly, the Court struck Defendant's late-filed opposition and Plaintiff's motion to remand is unopposed. (*Id.*)

[1] After carefully considering the papers filed in connection with the motion to remand, the Court deemed the matter appropriate for decision without oral argument. Fed. R. Civ. P. 78; C.D. Cal. L.R. 7-15.

Pursuant to Local Rule 7-12, the Court **GRANTS** Plaintiff's motion to remand. (ECF No. 8.) This matter is hereby **REMANDED** to the Superior Court of California, County of Los Angeles, Case No. 19STCV25965, 111 N. Hill Street, Los Angeles, California 90012.

**IT IS SO ORDERED.**

_____ : 00

Initials of Preparer SE